**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

William B. Chisholm, Appellant,

v.

Guadalupe Juarez, Respondent.

Appellate Case No. 2019-001750

———————

Appeal From Greenville County
Edward W. Miller, Circuit Court Judge

———————

Unpublished Opinion No. 2022-UP-098
Submitted February 1, 2022 – Filed March 9, 2022

———————

**AFFIRMED**

———————

William B. Chisholm, of Greenville, pro se.

Guadalupe Juarez, of Fountain Inn, pro se.

———————

**PER CURIAM:** William B. Chisholm appeals an order from the circuit court affirming the ruling of the magistrate court. On appeal, Chisholm argues (1) "Did [the circuit court] err in thinking that the transcript of the case [it] was given would be the same as that given to [Chisholm]" and (2) "Did [Chisholm] err in believing that the record of transcript he was given was real?" Because Chisholm did not provide arguments or supporting authority for his issues, these issues are deemed abandoned. Accordingly, we affirm pursuant to Rule 220(b), SCACR, and the

following authority: *First Sav. Bank v. McLean*, 314 S.C. 361, 363, 444 S.E.2d 513, 514 (1994) (stating an argument is deemed abandoned on appeal when the appellant fails to provide arguments or supporting authority).

**AFFIRMED.**[1]

**THOMAS, MCDONALD, and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.